IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUMMIT LAKE PARK EAGLE
RESTORATION SYSTEMS, LLC,
d/b/a SERVPRO OF SUMMIT, LAKE,
PARK & EAGLE COUNTIES,

    Plaintiff,

v.                                                                                                  Civ. No. 22-cv-870 JHR/GBW

LODGING ADVISORY RIO RANCHO
BLVD. DELUXE, LLC,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Joint Motion to Dismiss (filed 02/01/2023). Being fully advised in the premises, the Court hereby FINDS that the Joint Motion is well-taken and should be GRANTED.

IT IS HEREBY ORDERED that the above-captioned action be dismissed without prejudice, and the parties shall bear their own costs and fees.

IT IS SO ORDERED.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

APPROVED:


*/s/ Meghan D. Stanford*
Meghan D. Stanford
*Attorney for Plaintiff*


*/s/ Wayne Suggett*
Wayne Suggett
*Attorney for Defendant*